# EXHIBIT 1

886184.1

  United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon May 2 03:17:22 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump]  to record: ____   **Record 19 out of 26**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FOXY LADY

| | |
|---|---|
| **Word Mark** | FOXY LADY |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of live performances for an adult audience, namely, exotic dance performances. FIRST USE: 19790400. FIRST USE IN COMMERCE: 19790400

IC 043. US 100 101. G & S: restaurant services and bar services. FIRST USE: 19790400. FIRST USE IN COMMERCE: 19790400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76442533 |
| **Filing Date** | August 22, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 11, 2003 |
| **Registration Number** | 2809938 |
| **Registration Date** | February 3, 2004 |
| **Owner** | (REGISTRANT) Gullivers Tavern, Incorporated CORPORATION RHODE ISLAND 318 Chalkstone Avenue Providence RHODE ISLAND 02908 |
| **Attorney of Record** | Herbert L. Bello |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140213. |
| **Renewal** | 1ST RENEWAL 20140213 |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY