# EXHIBIT 2

886184.1



August 31, 2021

**<u>Via Email</u>**
April I. Halle, Esq.
The Halle Law Firm PA
2929 E. Commercial Boulevard, Suite 300
Fort Lauderdale, Florida 33308
info@hallelawfirm.com

Re:  **<u>Frank's of Brockton, Inc. and the FOXY LADY Trademark
(Our ref: F2126-4001)</u>**

Dear Ms. Halle:

Our firm represents Frank's of Brockton, Inc. ( "Frank's") in intellectual property matters. We have received your letter of August 2, 2021 on behalf of Gulliver's Tavern, Inc. ("Gulliver's"); have reviewed and discussed it with our client; and have concluded that it is wholly meritless.

Your assertion that Frank's owes Gulliver's any money under any agreement is wrong. For years, Frank's consistently made weekly payments, by check made payable to "Thomas Tsoumas", for the right to use the FOXY LADY trademark. Your letter acknowledges that these licensing payments were duly made until February 2019—thereby confirming that Gulliver's Tavern had no issue with this method of payment for all those years. The entire basis for your letter is simply to complain that such payments allegedly ceased in February 2019.

In fact, Frank's continued to send these checks to Thomas Tsoumas through March 13, 2020. Every one of these payments since inception is documented in 1099 forms. A summary detailing the payments for the date range in question is enclosed.

The same week in March 2020 that last payment was made, Governor Charlie Baker of Massachusetts ordered non-essential businesses closed due to the COVID-19 pandemic, as you may be aware. Frank's complied and shut its doors, and therefore ceased using the FOXY LADY trademark at that time.

By the time Frank's reopened in 2021, it had removed all signage and other references to the FOXY LADY mark, effectively terminating any agreement with Thomas Tsoumas concerning the mark, as it was entitled to do.

As you can see, Frank's paid licensing fees covering every single day it operated under the FOXY LADY mark, until the time it permanently ceased using the mark in March 2020. It owes no further money to Gulliver's Tavern or anyone else.



April I. Halle, Esq.
August 31, 2021
Page 2

    Your assertion that Frank's is making an unauthorized use of the foxybrockton.com domain is similarly incorrect. Frank's has taken care to avoid suggesting any current connection with the FOXY LADY mark on its website; the FOXY LADY mark does not appear on the site. You also have not shown (and cannot show) that the domain was registered in bad faith, which you would have to prove in order to prevail in any sort of Uniform Domain Name Dispute Resolution Policy (UDRP) or cybersquatting proceeding.

    While some third-party websites may refer to Frank's establishment as "formerly the Foxy Lady Brockton," Frank's is not responsible for the content of such sites. Even if it were, those sort of factual statements are protected under the doctrine of fair use. Again, Frank's has taken every effort to make clear it is not currently associated with the FOXY LADY mark.

    To the extent your client is upset that its payments from *Mr. Tsoumas* apparently ceased in February 2019, that does not concern Frank's. We therefore consider this matter closed. Should you feel there is anything further to discuss, however, please feel free to call me.

    Nothing in this letter constitutes a waiver of any relief available to Frank's, which is prepared to seek all available remedies.

    Sincerely,

    LANDO & ANASTASI, LLP

    Nathan T. Harris

Enclosure

10:10 AM
08/25/21
**Accrual Basis**

## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 02/08/2019 | 9109 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/15/2019 | 9127 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/22/2019 | 9142 | Thomas Tsoumas | | 3,000.00 |
| Check | 03/01/2019 | 9145 | Thomas Tsoumas | | 6,000.00 |
| Check | 03/15/2019 | 9167 | Thomas Tsoumas | | 3,000.00 |
| Check | 03/22/2019 | 9191 | Thomas Tsoumas | | 3,000.00 |
| Check | 03/29/2019 | 9209 | Thomas Tsoumas | | 3,000.00 |
| Check | 04/05/2019 | 9219 | Thomas Tsoumas | | 3,000.00 |
| Check | 04/12/2019 | 9233 | Thomas Tsoumas | | 3,000.00 |
| Check | 04/19/2019 | 9252 | Thomas Tsoumas | | 3,000.00 |
| Check | 04/26/2019 | 9265 | Thomas Tsoumas | | 3,000.00 |
| Check | 05/03/2019 | 9280 | Thomas Tsoumas | | 3,000.00 |
| Check | 05/10/2019 | 9294 | Thomas Tsoumas | | 3,000.00 |
| Check | 05/17/2019 | 9310 | Thomas Tsoumas | | 3,000.00 |
| Check | 05/24/2019 | 9317 | Thomas Tsoumas | | 3,000.00 |
| Check | 05/31/2019 | 9332 | Thomas Tsoumas | | 3,000.00 |
| Check | 06/07/2019 | 9346 | Thomas Tsoumas | | 3,000.00 |
| Check | 06/14/2019 | 9365 | Thomas Tsoumas | | 3,000.00 |
| Check | 06/21/2019 | 9381 | Thomas Tsoumas | | 3,000.00 |
| Check | 06/28/2019 | 9393 | Thomas Tsoumas | | 3,000.00 |
| Check | 07/05/2019 | 9404 | Thomas Tsoumas | | 3,000.00 |
| Check | 07/12/2019 | 9415 | Thomas Tsoumas | | 3,000.00 |
| Check | 07/19/2019 | 9432 | Thomas Tsoumas | | 3,000.00 |
| Check | 07/26/2019 | 9443 | Thomas Tsoumas | | 3,000.00 |
| Check | 08/02/2019 | 9458 | Thomas Tsoumas | | 3,000.00 |
| Check | 08/09/2019 | 9459 | Thomas Tsoumas | | 3,000.00 |
| Check | 08/16/2019 | 9476 | Thomas Tsoumas | | 3,000.00 |
| Check | 08/23/2019 | 9496 | Thomas Tsoumas | | 3,000.00 |
| Check | 08/30/2019 | 9509 | Thomas Tsoumas | | 3,000.00 |
| Check | 09/06/2019 | 9532 | Thomas Tsoumas | | 3,000.00 |
| Check | 09/13/2019 | 9544 | Thomas Tsoumas | | 3,000.00 |
| Check | 09/20/2019 | 9552 | Thomas Tsoumas | | 3,000.00 |
| Check | 09/27/2019 | 9574 | Thomas Tsoumas | | 3,000.00 |
| Check | 10/04/2019 | 9588 | Thomas Tsoumas | | 3,000.00 |
| Check | 10/11/2019 | 9598 | Thomas Tsoumas | | 3,000.00 |
| Check | 10/18/2019 | 9611 | Thomas Tsoumas | | 3,000.00 |
| Check | 10/25/2019 | 9624 | Thomas Tsoumas | | 3,000.00 |
| Check | 11/01/2019 | 9639 | Thomas Tsoumas | | 3,000.00 |
| Check | 11/08/2019 | 9651 | Thomas Tsoumas | | 3,000.00 |
| Check | 11/15/2019 | 9667 | Thomas Tsoumas | | 3,000.00 |
| Check | 11/22/2019 | 9674 | Thomas Tsoumas | | 3,000.00 |
| Check | 11/29/2019 | 9693 | Thomas Tsoumas | | 3,000.00 |
| Check | 12/06/2019 | 9704 | Thomas Tsoumas | | 3,000.00 |
| Check | 12/20/2019 | 9743 | Thomas Tsoumas | | 6,000.00 |
| Check | 12/27/2019 | 9759 | Thomas Tsoumas | | 3,000.00 |
| Check | 01/03/2020 | 9773 | Thomas Tsoumas | | 3,000.00 |
| Check | 01/10/2020 | 9786 | Thomas Tsoumas | | 3,000.00 |
| Check | 01/17/2020 | 9796 | Thomas Tsoumas | | 3,000.00 |
| Check | 01/24/2020 | 9811 | Thomas Tsoumas | | 3,000.00 |
| Check | 01/31/2020 | 9825 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/07/2020 | 9827 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/14/2020 | 9853 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/21/2020 | 9864 | Thomas Tsoumas | | 3,000.00 |
| Check | 02/28/2020 | 9875 | Thomas Tsoumas | | 3,000.00 |
| Check | 03/06/2020 | 9894 | Thomas Tsoumas | | 3,000.00 |
| Check | 03/13/2020 | 9905 | Thomas Tsoumas | | 3,000.00 |

10:10 AM
08/25/21
Accrual Basis

## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 03/20/2020 | 9926 | Thomas Tsoumas | | 3,000.00 |