# EXHIBIT 3

886184.1





# THE BIGGEST NAMES. THE BEST SHOWS.

Foxy Lady Brockton features some of the most beautiful women in the world entertaining you under our state-of-the-art light show. Fully-equipped with seven exclusive VIP areas, enjoy an evening with your special lady in one of our

Skybox private rooms seven days a week. Private one-on-one dances always available with our entertainers upon request. Looking for a place to watch the game? Having a bachelor party, or planning a business meeting? We got you covered with our big-screen TVs and newly renovated bar. Speak directly with a member of our management staff by calling **508-894-4040 (tel:+15088944040)** to quickly and easily plan your party today. Located just south of Boston, off Route 24, we are New England's best gentlemen's club.



Case 1:22-cv-10653-IT   Document 1-5   Filed 05/02/22   Page 4 of 5

JOIN US FOR FREE ADMISSION DAILY BEFORE 7PM.

Case 1:22-cv-10653-IT   Document 1-5   Filed 05/02/22   Page 5 of 5

Phone:  508-894-4040 (tel:+15088944040)

 (https://www.facebook.com/pages/category/Dance---Night-Club/Foxy-Lady-Brockton-249573085490955/)  (https://www.youtube.com/channel/UCx8q1Ndd9xT3XHs0V1Q28HA)  (https://twitter.com/foxyladyflb)  (https://www.instagram.com/foxylady_brockton/ )

Mon-Wed:  11:30am - 1:00am

Thur-Sat:   11:30am - 2:00am

Sunday:    3:00pm - 1:00am

Foxy Lady Brockton

265 North Pearl Street

Brockton, MA 02301